**No. 46139.**—Protest 26884–K of Marks & Rosenfeld, Inc. (New York).

Opinion by KEEFE, J. It was established that the merchandise consists of miniature china articles in the shape of teapots, sprinklers, coffee pots, and pitchers used for decorative purposes and not for the service of meals. As to these items the protest was sustained.

**No. 46140.**—Protest 999961–G of Lady Handicraft Co., Inc. (New York).

Opinion by KEEFE, J. From the evidence it was found that the weight of the yarn in question is 2,202¼ pounds rather than 2,226¾ pounds. The protest was accordingly sustained.

**No. 46141.**—Protests 29593–K, etc., of Oldetyme Distillers, Inc. (New York).

Opinion by KEEFE, J. As the papers disclosed nothing to overcome the action of the collector the protests were overruled.

**No. 46142.**—Protests 58093–K, etc., of David Cornman et al. (New York).

Opinion by KEEFE, J. The papers disclosing nothing to overcome the action of the collector the protests were overruled.

**No. 46143.**—Protest 58436–K/12305 of Geo. Wm. Rueff, Inc. (New Orleans).

Opinion by KEEFE, J. The papers disclosing nothing to overcome the action of the collector the protest was overruled.

**No. 46144.**—Protests 2346–K, etc., of Arconti Hardware Co. et al. (Los Angeles, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

JUNE 24, 1941

**No. 46145.**—⬛⬛⬛—Protest 53417–K of Strauss-Eckardt Co., Inc. Abstract 45974. Application by plaintiff for rehearing granted.

**No. 46146.**—⬛⬛⬛—Protests 21534–K, etc., of F. Pavel & Co. Abstract 45941. Application by plaintiffs for rehearing granted.

JUNE 25, 1941

**No. 46147.**—Suit 4352.—⬛⬛⬛—*United States* v. *Italian Furniture Frame Corp. et al.* Reap. Dec. 5109 dismissed on stipulation May 2, 1941; not yet reported.